UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Allegheny County Employees' Retirement System, on behalf of itself and all others similarly situated,

Plaintiff(s),

v.

Corcept Therapeutic Incorporated, Joseph K. Belanoff, William Guyer, Gary Charles Robb and Sean Maduck,

Defendant(s).

Case No. 3:26-cv-01525-TLT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, Jeffrey S. Rosenberg, an active member in good standing of the bar of Virginia, Washington and New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Corcept Therapeutics Incorporated, et al. in the above-entitled action. My local co-counsel in this case is Rachel Yeung, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 317361.

1290 Avenue of the Americas, 14th Floor
New York, NY 10104
MY ADDRESS OF RECORD

633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 827-4309
MY TELEPHONE # OF RECORD

(213) 443-4355
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jrosenberg@kslaw.com
MY EMAIL ADDRESS OF RECORD

ryeung@kslaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: Virginia: 85011 Washington, D.C.: 995893 New York: B10389299.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:   March 18, 2026

Jeffrey S. Rosenberg
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Jeffrey S. Rosenberg  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    March 19, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2