Nicole Lavallee (SBN 165755)
Michael Dark (SBN 179083)
Caitlyn M. Barresi (SBN 357977)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
         mdark@bermantabacco.com
         cbarresi@bermantabacco.com

Ira N. Richards (*pro hac vice* forthcoming)
Catherine Pratsinakis (*pro hac vice* forthcoming)
Jerry R. DeSiderato (*pro hac vice* forthcoming)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA  19103
Telephone: (215) 575-7000
Facsimile: (215) 754-4603
Email: irichards@dilworthlaw.com
         cpratsinakis@dilworthlaw.com
         jrd@dilworthlaw.com

*Counsel for City of Philadelphia Board of Pensions and Retirement and Proposed Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, WILLIAM GUYER, GARY CHARLES ROBB, and SEAN MADUCK,<br><br>                    Defendants. | Case No. 3:26-cv-01525-TLT<br><br>**CLASS ACTION**<br><br>**DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF CITY OF PHILADELPHIA'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, Nicole Lavallee, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner in the San Francisco office of Berman Tabacco, counsel for the City of Philadelphia Board of Pensions and Retirement ("City of Philadelphia") and proposed co-lead counsel for the class.  I am a member in good standing of the State Bar of California and admitted to practice in this District.  I submit this Declaration in Support of the Motion of the City of Philadelphia for an Order (i) appointing the City of Philadelphia as lead plaintiff, and (ii) approving its selection of counsel, Berman Tabacco and Dilworth Paxson, as co-lead counsel for the class. The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Notice published, through *Business Wire*, a national, business-oriented news service, by Bernstein Litowitz Berger and Grossman LLP on February 20, 2026, in the case captioned *Allegheny County Employees' Retirement System v. Corcept Therapeutics Incorporated*, No. 26-cv-01525 (N.D. Cal.), advising that a proposed securities class action was filed and that members of the proposed class had the right to move for appointment as lead plaintiff in that action no later than 60 days from the date of the notice, or April 21, 2026.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Certification of the City of Philadelphia.

4.      Attached hereto as Exhibit 3 is a true and correct copy of charts, prepared by counsel, summarizing the City of Philadelphia's financial losses in Corcept Therapeutics Inc. common stock during the Class Period.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of Berman Tabacco.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the firm resume of Dilworth Paxson.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of April, 2026.

/s/ Nicole Lavallee
Nicole Lavallee