# Appendix 1

## Chart of Alleged False or Misleading Statements or Omissions Asserted in the AC

The chart below provides a statement-by-statement summary of each alleged false or misleading statement or omission asserted in the AC. The first column indicates the number of the challenged statement as referenced in the AC. The second column cites the paragraph of the AC in which the allegedly false or misleading statement or omission appears. The third column provides the text, cites the source, and identifies the speaker of the challenged statement. The fourth column provides the dispositive legal deficiencies that compel dismissal of each misstatement/omission claim, and cross-references to the corresponding section(s) in the Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss where those deficiencies are discussed.

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| 1 | ¶ 233 | "The pivotal Phase 3 GRACE trial is the basis for relacorilant's NDA in Cushing's syndrome and met its primary endpoint. Patients in GRACE's initial, open-label phase exhibited clinically meaningful and statistically significant improvements in hypertension, hyperglycemia and other symptoms experienced by patients with Cushing's syndrome. In the randomized withdrawal phase, GRACE met its primary endpoint and demonstrated that patients who remained on relacorilant maintained these improvements while those who received placebo saw a significant worsening in their signs and symptoms of hypercortisolism."<br><br>**Q3 2024 Earnings Press Release (October 30, 2024)**<br>Corcept (reviewed and approved by Belanoff and Guyer) | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a) (GRACE met its primary endpoint).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 2 | ¶ 234 | Belanoff: "Patients in the open-label phase in GRACE exhibited clinically meaningful and statistically significant improvements in hypertension … These outcomes would, on their own, provide powerful evidence for our NDA, but they do not stand on their own."<br><br>Maduck: "Korlym is a great product, but relacorilant is going to be even better. It shows efficacy across multiple, and all signs and symptoms of Cushing's syndrome, as Bill [Guyer] just walked through and Joe [Belanoff] walked through in his comments, and has significant safety benefit."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Corcept, Belanoff, Maduck | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 3 | ¶ 235 | Analyst Question: "[W]hat gives you confidence that you will be able to, not only file, but be able to get approval here with the GRADIENT data in hand, given that backdrop?" | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a) (GRACE met its primary endpoint). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | Guyer: "Altogether, this gives us the largest NDA package for Cushing's syndrome and we have hundreds of patients. So going to the FDA with this large of a package, no other company has done that thus far. Now, GRADIENT, from its inception, was always designed to be supportive of GRACE and GRACE was always going to be our pivotal study and that's our agreement with the FDA. And we met our primary endpoint for GRACE."<br><br>Maduck: "Korlym is a great product, but relacorilant is going to be even better. It shows efficacy across multiple, and all signs and symptoms of Cushing's syndrome, as Bill [Guyer] just walked through and Joe [Belanoff] walked through in his comments, and has significant safety benefit. It doesn't have the off-target progesterone effects that we see with Korlym."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Concept, Guyer, Maduck | **(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 4 | ¶ 236 | "GRACE … Primary endpoint [was] met." "GRACE … Open-label phase results … Clinically meaningful and statistically significant improvements in hypertension, hyperglycemia and other signs and symptoms of Cushing's syndrome." "GRACE … Randomized withdrawal phase results … Met [its] primary endpoint."<br><br>**Q3 2024 Earnings Call Slide Deck (October 30, 2024)**<br>Concept | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a) (GRACE met its primary endpoint).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 5 | ¶ 237 | "In [GRACE's] open-label phase, patients experienced clinically meaningful and statistically significant improvements in a wide-array of Cushing's syndrome signs and symptoms, including hypertension, hyperglycemia, weight, waist circumference, fat and lean body mass, cognition and Cushing's Quality of Life score."<br><br>**Form 10-Q (Q3 2024) (October 30, 2024)**<br>Concept (signed by Belanoff) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 6 | ¶ 239 | "GRACE – Pivotal Phase 3 trial of relacorilant in 152 patients with all etiologies of hypercortisolism – primary endpoint achieved in randomized withdrawal phase; open-label phase demonstrated clinically meaningful improvements in a broad range of hypercortisolism signs and symptoms." | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a) (GRACE met its primary endpoint). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | **Q4 2024 Earnings Press Release (February 26, 2025)**<br>Concept (reviewed and approved by Belanoff and Guyer) | **(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 7 | ¶ 240 | "GRACE … Primary endpoint [was] met." "GRACE … Open-label phase results … Clinically meaningful and statistically significant improvements in hypertension, hyperglycemia and other signs and symptoms of Cushing's syndrome." "GRACE … Randomized withdrawal phase results … Met [its] primary endpoint."<br><br>**Q4 2024 Earnings Call Slide Deck (February 26, 2025)**<br>Corcept | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a) (GRACE met its primary endpoint).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 8 | ¶ 242 | "GRACE met its primary endpoint." "In [GRACE's] open-label phase, patients experienced clinically meaningful and statistically significant improvements in a wide-array of hypercortisolism signs and symptoms, including hypertension, hyperglycemia, weight, waist circumference, fat and lean body mass, cognition and Cushing's Quality of Life score."<br><br>**Form 10-Q (Q1 2025) (May 5, 2025)**<br>Corcept (signed by Belanoff) | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a) (GRACE met its primary endpoint).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 9 | ¶ 243 | "GRACE … Open-label phase results … Clinically meaningful and statistically significant improvements in hypertension, hyperglycemia and other signs and symptoms of Cushing's syndrome." "GRACE … Randomized withdrawal phase results … Met [its] primary endpoint."<br><br>**Q1 2025 Earnings Call Slide Deck (May 5, 2025)**<br>Corcept | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a) (GRACE met its primary endpoint).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 10 | ¶ 244 | Truist analysts reported that they "caught up with [Corcept's] mgmnt": "Regarding high drop out rates seen in Ph3 GRACE, which is a common concern for investors heading into PDUFA, mgmnt shared that it's consistent with 1) dropouts seen in Korlym study, 2) that of other trials in Cushings [sic] and 3) with real-world experience with Korlym. These are all driven by the severity of the disease, per mgmnt."<br><br>**Truist Securities Analyst Report (June 26, 2025)**<br>Corcept "mgmnt" (per Truist) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements).<br><br>**(ii) Statement from analyst report not attributed to any Defendant.** *See* § IV.A.7 (Analyst Reports). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| 11 | ¶ 246 | "GRACE met its primary endpoint." "In [GRACE's] open-label phase, patients experienced clinically meaningful and statistically significant improvements in a wide-array of hypercortisolism signs and symptoms, including hypertension, hyperglycemia, weight, waist circumference, fat and lean body mass, cognition and Cushing's Quality of Life score."<br><br>**Form 10-Q (Q2 2025) (July 31, 2025)**<br>Corcept (signed by Belanoff) | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a) (GRACE met its primary endpoint).<br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 12 | ¶ 247 | "GRACE … Open-label phase results … Clinically meaningful and statistically significant improvements in hypertension, hyperglycemia and other signs and symptoms of hypercortisolism." "GRACE … Randomized withdrawal phase results … Met [its] primary endpoint."<br><br>**Q2 2025 Earnings Call Slide Deck (July 31, 2025)**<br>Corcept | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a) (GRACE met its primary endpoint).<br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 13 | ¶ 254 | "Results from Phase 3 GRADIENT trial support findings from pivotal Phase 3 GRACE study; new drug application (NDA) of relacorilant to be submitted this quarter." "GRADIENT – Supportive trial data for NDA." "As part of relacorilant's NDA in Cushing's syndrome, the 22-week Phase 3 GRADIENT study supports the GRACE trial by providing further evidence of relacorilant's efficacy and safety profile. Patients treated with relacorilant in the GRADIENT study exhibited clinically meaningful and statistically significant improvements in hypertension, hyperglycemia, weight and body composition compared to baseline, while patients who received placebo did not."<br><br>**Q3 2024 Earnings Press Release (October 30, 2024)**<br>Corcept (reviewed and approved by Belanoff and Guyer) | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(b) (GRADIENT's results).<br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 14 | ¶ 255 | "GRADIENT's positive results in patients with Cushing's syndrome confirm relacorilant's promise as a significant medical advancement for the treatment of this deadly disease. As was true in the GRACE study, patients in GRADIENT who received relacorilant experienced clinically meaningful improvements in a broad range of hypercortisolism signs and symptoms, without suffering some of the serious adverse effects that can arise in patients taking currently approved treatments. These [sic] data will be a powerful addition to relacorilant's NDA, which we plan to submit by year-end." | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | **Q3 2024 Earnings Press Release (October 30, 2024)**<br>Concept, Guyer | |
| 15 | ¶ 256 | "Our Phase 3 GRADIENT study supports the GRACE trial by providing further evidence of relacorilant's efficacy and safety." "Patients in GRADIENT who received relacorilant exhibited clinically meaningful and statistically significant improvements in hypertension, hyperglycemia, weight and body composition compared to baseline, while patients who received placebo did not."<br><br>**Form 10-Q (Q3 2024) (October 30, 2024)**<br>Corcept (signed by Belanoff) | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(b) (GRADIENT's results).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 16 | ¶ 257 | Belanoff: "GRADIENT's data will support our NDA by providing further evidence of relacorilant['s] efficacy and safety, confirming what we found in GRACE. Patients treated with relacorilant in GRADIENT exhibited clinically meaningful and statistically significant improvements in hypertension, hyperglycemia, weight and body composition compared to baseline, while patients who received placebo did not."<br><br>Maduck: "Korlym is a great product, but relacorilant is going to be even better. It shows efficacy across multiple, and all signs and symptoms of Cushing's syndrome, as Bill [Guyer] just walked through and Joe [Belanoff] walked through in his comments, and has significant safety benefit."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Corcept, Belanoff, Maduck | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(b) (GRADIENT's results).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 17 | ¶ 258 | Analyst Question: "[W]hat gives you confidence that you will be able to, not only file, but be able to get approval here with the GRADIENT data in hand, given that backdrop?"<br><br>Guyer: "[W]hen you look at the results from GRADIENT, it supports the successful path to an NDA, because we see clinically significant improvements in all signs and symptoms of Cushing's syndrome, including improvements in blood pressure, blood glucose, weight, just to name a few ... So, all together, this speak[s] to the broad improvement of Cushing's syndrome from the GRADIENT study." | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | Maduck: "Korlym is a great product, but relacorilant is going to be even better. It shows efficacy across multiple, and all signs and symptoms of Cushing's syndrome, as Bill [Guyer] just walked through and Joe [Belanoff] walked through in his comments, and has significant safety benefit."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Concept, Guyer, Maduck | |
| 18 | ¶ 259 | "GRADIENT Results Support Findings from Pivotal GRACE Trial … Relacorilant arm: clinically meaningful and statistically significant improvements in hypertension, hyperglycemia, weight and body composition compared to baseline."<br><br>**Q3 2024 Earnings Call Slide Deck (October 30, 2024)**<br>Corcept | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(b) (GRADIENT's results).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 19 | ¶ 260 | "GRADIENT – Supportive data for NDA – Patients treated with relacorilant exhibited clinically meaningful improvements in a broad range of hypercortisolism signs and symptoms in randomized, double-blind, placebo-controlled, Phase 3 trial in 137 patients with hypercortisolism caused by adrenal gland pathology."<br><br>**Q4 2024 Earnings Press Release (February 26, 2025)**<br>Corcept (reviewed and approved by Belanoff and Guyer) | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(b) (GRADIENT's results).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 20 | ¶ 261 | "Patients in GRADIENT who received relacorilant exhibited clinically meaningful and statistically significant improvements in hypertension, hyperglycemia, weight and body composition compared to baseline, while patients who received placebo did not."<br><br>**Form 10-K (FY 2024) (February 26, 2025)**<br>Corcept (signed by Belanoff) | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(b) (GRADIENT's results).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 21 | ¶ 262 | "Patients in GRADIENT who received relacorilant exhibited clinically meaningful and statistically significant improvements in hypertension, hyperglycemia, weight and body composition compared to baseline, while patients who received placebo did not."<br><br>**Form 10-Q (Q1 2025) (May 5, 2025)**<br>Corcept (signed by Belanoff) | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(b) (GRADIENT's results).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| 22 | ¶ 263 | "Patients in GRADIENT who received relacorilant exhibited clinically meaningful improvements in a wide array of hypercortisolism's signs and symptoms, including hypertension, hyperglycemia, weight and body composition, while patients who received placebo did not."<br><br>**Form 10-Q (Q2 2025) (July 31, 2025)**<br>Corcept (signed by Belanoff) | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(b) (GRADIENT's results).<br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 23 | ¶ 264 | "GRADIENT Results Support Findings from Pivotal GRACE Trial."<br><br>**Q2 2025 Earnings Call Slide Deck (July 31, 2025)**<br>Corcept | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 24 | ¶ 266 | "Patients in GRADIENT who received relacorilant exhibited clinically meaningful improvements in a wide array of hypercortisolism's signs and symptoms, including hypertension, hyperglycemia, weight and body composition, while patients who received placebo did not."<br><br>**Form 10-Q (Q3 2025) (November 4, 2025)**<br>Corcept (signed by Belanoff) | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(b) (GRADIENT's results).<br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 25 | ¶ 272 | "As was true in the GRACE study, patients in GRADIENT who received relacorilant experienced clinically meaningful improvements in a broad range of hypercortisolism signs and symptoms."<br><br>**Q3 2024 Earnings Press Release (October 30, 2024)**<br>Corcept, Guyer | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 26 | ¶ 273 | "In both trials [GRACE and GRADIENT], patients exhibited clinically meaningful improvements in hypertension, glucose control, weight and body composition, as well as other Cushing's syndrome signs and symptoms."<br><br>**Form 10-Q (Q3 2024) (October 30, 2024)**<br>Corcept (signed by Belanoff) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 27 | ¶ 274 | "Patients in the GRACE and GRADIENT studies experience meaningful improvements in hypertension, glucose control, weight and body composition, as well as other signs and symptoms of Cushing's syndrome." | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | **Q3 2024 Earnings Call (October 30, 2024)**<br>Corcept, Belanoff | |
| 28 | ¶ 275 | "Korlym is a great product, but relacorilant is going to be even better. It shows efficacy across multiple, and all signs and symptoms of Cushing's syndrome."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Corcept, Maduck | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 29 | ¶ 276 | Analyst Question: "Your characterization of GRADIENT seems to be as a supportive study, while GRACE is the pivotal. Is that view shared by the FDA?"<br><br>Robb: "The answer is yes. And I think one thing I'm sure you understand, but maybe not all of our listeners do is that this isn't some – a dark art where we have to guess what's on the FDA's mind. I mean, there's published guidance, as well as any conversations the sponsor may have, or the FDA has made it clear that a single well-controlled study, which we have in the form of our GRACE and the data from GRACE, along with confirmatory evidence, is sufficient to demonstrate [relacorilant's] safety and efficacy. And Bill gave you really the strong clinical view."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Corcept, Robb | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a)–(b) (Efficacy Statements; Sufficiency Statements). |
| 30 | ¶ 277 | Canaccord analysts reported statements made by Corcept "management" that "the data package in rela[corilant]'s submission will be composed of more than sufficient supporting clinical evidence, and importantly, the efficacy measurements demonstrate a broad clinical benefit of rela[corilant] for Cushing's patients. Given the clean safety profile of rela on top of the efficacy results, management remains confident in the potential FDA approval."<br><br>**Canaccord Analyst Report (October 30, 2024)**<br>Corcept "management" (per Canaccord) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a)–(b) (Efficacy Statements; Sufficiency Statements).<br><br>**(ii) Statement from analyst report not attributed to any Defendant.** *See* § IV.A.7 (Analyst Reports). |
| 31 | ¶ 279 | "Corcept's NDA is based on positive results from the pivotal GRACE trial and confirmatory evidence from the Phase 3 GRADIENT and long-term extension studies and a Phase 2 study in hypercortisolism." | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2. |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | Belanoff: “Relacorilant’s combination of efficacy and safety give it the potential to become the standard of care for the medical treatment of patients with hypercortisolism.”<br><br>**Press Release (NDA submission) (December 30, 2024)**<br>Corcept (reviewed and approved by Belanoff) | **(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a)–(b) (Efficacy Statements; Sufficiency Statements). |
| 32 | ¶ 280 | “The positive results from our pivotal GRACE study, and confirmatory evidence from our GRADIENT, long-term extension and Phase 2 studies, provide powerful support for relacorilant’s NDA in hypercortisolism. Patients in these studies experienced clinically significant improvements in a wide array of hypercortisolism’s signs and symptoms, without the off-target effects and toxicities that accompany currently available treatments. Relacorilant’s strong efficacy and safety profile positions it to become the new standard of care for patients with hypercortisolism.”<br><br>**Q4 2024 Earnings Press Release (February 26, 2025)**<br>Corcept, Guyer | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 33 | ¶ 281 | “The NDA is based on positive results from our pivotal trial ‘GRACE’, as well as confirmatory evidence from our Phase 3 ‘GRADIENT’ trial, our Phase 3 long-term extension study and our Phase 2 study. In all of these trials, patients exhibited clinically meaningful improvements in a wide range of hypercortisolism signs and symptoms, including hypertension, glucose control, weight and body composition.” “Patients in GRADIENT who received relacorilant exhibited clinically meaningful and statistically significant improvements in hypertension, hyperglycemia, weight and body composition compared to baseline, while patients who received placebo did not.” “In the [GRACE] open-label phase, patients experienced clinically meaningful and statistically significant improvements in a wide-array of hypercortisolism signs and symptoms, including hypertension, hyperglycemia, weight, waist circumference, fat and lean body mass, cognition and Cushing’s Quality of Life score.”<br><br>**Form 10-K (FY 2024) (February 26, 2025)**<br>Corcept (signed by Belanoff) | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a)–(b) (GRACE met its primary endpoint; GRADIENT’s results).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a)–(b) (Efficacy Statements; Sufficiency Statements). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| 34 | ¶ 282 | "Relacorilant's strong efficacy and safety profile positions it to become the new standard of care for patients with hypercortisolism. The positive results from our GRACE, GRADIENT long term extension and Phase 2 studies provide powerful support for successful relacorilant NDA in hypercortisolism." "Our NDA is based on compelling results from the GRACE, GRADIENT, long term extension and Phase 2 relacorilant studies. … Relacorilant's efficacy and safety … is clearly evident when one follows the clinical course of patients as they enter the Phase 2 [sic] GRACE or GRADIENT study."<br><br>**Q4 2024 Earnings Call (February 26, 2025)**<br>Concept, Belanoff | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 35 | ¶ 284 | "Corcept's NDA is based on positive results from the pivotal GRACE trial and confirmatory evidence from the Phase 3 GRADIENT trial, long-term extension trial, and a Phase 2 trial in hypercortisolism. Patients in these trials who received relacorilant experienced improvements in a wide array of hypercortisolism's signs and symptoms."<br>Belanoff: "Relacorilant's combination of efficacy and safety gives it the potential to become the new standard of care."<br><br>**Press Release (NDA acceptance) (March 3, 2025)**<br>Corcept (reviewed and approved by Belanoff) | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a)–(b) (Efficacy Statements; Sufficiency Statements). |
| 36 | ¶ 285 | "Our NDA is based on positive results from our pivotal GRACE trial, Phase 3 GRADIENT trial, long-term extension trial and Phase 2 trial."<br><br>**April 25, 2025 – Proxy Statement**<br>Corcept | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a)–(b) (Efficacy Statements; Sufficiency Statements). |
| 37 | ¶ 286 | "The positive results from our pivotal GRACE, GRADIENT, long-term extension and Phase 2 studies provide powerful support for the NDA for relacorilant in hypercortisolism. Patients in these studies experienced clinically significant improvements in a wide array of the signs and symptoms of hypercortisolism."<br><br>**Q1 2025 Earnings Press Release (May 5, 2025)**<br>Corcept, Guyer | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| 38 | ¶ 287 | "The NDA is based on positive results from our pivotal GRACE trial, as well as confirmatory evidence from our Phase 3 GRADIENT trial, our Phase 3 long-term extension study and our Phase 2 study. Patients in these trials exhibited clinically meaningful improvements in a wide range of hypercortisolism signs and symptoms, including hypertension, glucose control, weight and body composition."<br><br>**Form 10-Q (Q1 2025) (May 5, 2025)**<br>Corcept (signed by Belanoff) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a)–(b) (Efficacy Statements; Sufficiency Statements). |
| 39 | ¶ 288 | "Relacorilant's strong efficacy and safety profile gives us the potential to become the new standard of care for patients with hypercortisolism." "Patients treated with relacorilant in these studies experienced clinically meaningful and statistically significant improvements across all of the signs and symptoms of hypercortisolism in hypertension, hypoglycemia, weight, lean muscle mass, waist circumference, cognition, Cushing's quality of life score and other important clinical measures. There was a high level of consistency and durability of therapeutic benefit across our studies."<br><br>**Q1 2025 Earnings Call (May 5, 2025)**<br>Corcept, Belanoff | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a)–(b) (GRACE met its primary endpoint; GRADIENT's results).<br><br>**(ii) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(iii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 40 | ¶ 289 | "In our studies, patients who received relacorilant exhibited clinically and statistically significant improvements in a wide array of hypercortisolism's signs and symptoms."<br><br>**Q2 2025 Earnings Press Release (July 31, 2025)**<br>Corcept, Guyer | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a)–(b) (GRACE met its primary endpoint; GRADIENT's results).<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 41 | ¶ 290 | "The NDA is based on positive results from our pivotal GRACE trial, with confirmatory evidence from our Phase 3 GRADIENT trial, our Phase 3 long-term extension study and our Phase 2 study. Patients in these trials exhibited clinically meaningful improvements in a wide range of hypercortisolism signs and symptoms, including hypertension, glucose control, weight and body composition."<br><br>**Form 10-Q (Q2 2025) (July 31, 2025)**<br>Corcept (signed by Belanoff) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a)–(b) (Efficacy Statements; Sufficiency Statements). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| 42 | ¶ 291 | "Relacorilant's NDA is supported by our pivotal Phase 3 GRACE trial, as well as our GRADIENT[,] long-term extension and Phase 2 trials. In these studies, patients treated with relacorilant experienced clinically meaningful improvements across all of the signs and symptoms of hypercortisolism, including hypertension, hyperglycemia, weight, lean muscle mass, waist circumference, cognition, Cushing's Quality-of-Life score and other important clinical measures. These benefits were observed consistently and durably with improvements emerging early and continuing or deepening over time." "While Korlym's effectiveness in treating hypercortisolism is well-established, relacorilant is a substantial advance. Its strong efficacy and safety positions it to become a new standard of care." "I want to reiterate a few of the points we've made already, but they're important, which is that relacorilant is a better medication than Korlym. Korlym works extremely well but relacorilant has very, very tangible advantages."<br><br>**Q2 2025 Earnings Call (July 31, 2025)**<br>Corcept, Belanoff | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 43 | ¶ 292 | "While Korlym is a great medication, relacorilant is even better."<br><br>**Q2 2025 Earnings Call (July 31, 2025)**<br>Corcept, Maduck | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 44 | ¶ 293 | "Relacorilant has the potential to become the new standard of care for patients with hypercortisolism. In its Phase 2 and Phase 3 studies, patients treated with relacorilant showed clinically meaningful and statistically significant improvements in a wide range of hypercortisolism's signs and symptoms, without off-target effects and toxicities associated with currently available treatments."<br><br>**Q3 2025 Earnings Press Release (November 4, 2025)**<br>Corcept, Guyer | **(i) Truthful statement of fact about trial results.** *See* § IV.A.1(a)–(b) (GRACE met its primary endpoint; GRADIENT's results).<br><br>**(ii) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(iii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| 45 | ¶ 294 | "The NDA is based on positive results from our pivotal GRACE trial, with confirmatory evidence from our Phase 3 GRADIENT trial, our Phase 3 long-term extension study and our Phase 2 study. Patients in these trials exhibited clinically meaningful improvements in a wide range of hypercortisolism signs and symptoms, including hypertension, glucose control, weight and body composition."<br><br>**Form 10-Q (Q3 2025) (November 4, 2025)**<br>Concept (signed by Belanoff) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a)–(b) (Efficacy Statements; Sufficiency Statements). |
| 46 | ¶ 295 | "Relacorilant's NDA is supported by our pivotal Phase 3 GRACE trial as well as our GRADIENT[,] long-term extension and Phase 2 trials. In these studies, patients treated with relacorilant experienced clinically meaningful improvements in all the measures of hypercortisolism, including hypertension, hypoglycemia, weight, lean muscle mass, waist circumference, cognition, and Cushing's quality of life score. These benefits were observed consistently and durably, with improvements emerging early and continuing or deepening over time."<br><br>**Q3 2025 Earnings Call (November 4, 2025)**<br>Concept, Belanoff | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(a) (Efficacy Statements). |
| 47 | ¶ 302 | "This is a very exciting time at Concept. Physician awareness and understanding of hypercortisolism is accelerating. The results from our GRACE and GRADIENT Phase 3 studies clear the path for relacorilant's new drug application in Cushing's syndrome, which we will submit by year-end."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Concept, Belanoff | **(i) Forward-looking statement protected by PSLRA safe harbor.** *See* § IV.A.3.<br><br>**(ii) Nonactionable statement of opinion.** *See* § IV.A.4. |
| 48 | ¶ 303 | Analyst Question: "[W]hat gives you confidence that you will be able to, not only file, but be able to get approval here with the GRADIENT data in hand, given that backdrop?"<br><br>Guyer: "When you look at the results from GRADIENT, it supports the successful path to an NDA, because we see clinically significant improvements in all signs and symptoms of Cushing's syndrome, including improvements in blood pressure, blood glucose, weight, just to name a few. … Now that the GRADIENT study is unblinded, we can evaluate and look at this data, and I will tell you that I was highly supportive of what we've seen in all of our studies, because hypertension response | **(i) Forward-looking statement protected by PSLRA safe harbor.** *See* § IV.A.3.<br><br>**(ii) Nonactionable statement of opinion.** *See* § IV.A.4. |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | shows clinically significant and statistically significant improvements in both systolic and diastolic blood pressure at month six, and it continues out and continues to improve out two years. So, when you look at the totality of evidence that we see from all of these studies, we believe we have a successful path to a positive NDA for relacorilant that will happen in the coming weeks."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Corcept, Guyer | |
| 49 | ¶ 304 | "We had a call with [Corcept] management post the earnings release, and the company is as confident now as prior to the GRADIENT trial data that relacorilant is very likely to receive FDA approval."<br><br>**Canaccord Analyst Report (October 30, 2024)**<br>Corcept "management" (per Canaccord) | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(ii) Nonactionable statement of opinion.** *See* § IV.A.4.<br><br>**(iii) Statement from analyst report not attributed to any Defendant.** *See* § IV.A.7 (Analyst Reports). |
| 50 | ¶ 305 | "Our New Drug Application (NDA) for relacorilant in hypercortisolism is progressing towards approval by the end of this year."<br><br>**Q1 2025 Earnings Press Release (May 5, 2025)**<br>Corcept, Belanoff | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(ii) Forward-looking statement protected by PSLRA safe harbor.** *See* § IV.A.3.<br><br>**(iii) Nonactionable statement of opinion.** *See* § IV.A.4. |
| 51 | ¶ 306 | "Our new drug application for relacorilant in hypercortisolism is progressing towards approval by the end of this year."<br><br>**Q1 2025 Earnings Call (May 5, 2025)**<br>Corcept, Belanoff | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(ii) Forward-looking statement protected by PSLRA safe harbor.** *See* § IV.A.3.<br><br>**(iii) Nonactionable statement of opinion.** *See* § IV.A.4. |
| 52 | ¶ 307 | "Concurrent with the rapidly increasing physician awareness of hypercortisolism, relacorilant is approaching approval." | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2. |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | "While Korlym's effectiveness in treating hypercortisolism is well-established, relacorilant is a substantial advance. Its strong efficacy and safety positions it to become a new standard of care. We expect its approval in hypercortisolism by the end of this year."<br><br>**Q2 2025 Earnings Call (July 31, 2025)**<br>Corcept, Belanoff | **(ii) Forward-looking statement protected by PSLRA safe harbor.** *See* § IV.A.3.<br><br>**(iii) Nonactionable statement of opinion.** *See* § IV.A.4. |
| 53 | ¶ 308 | "Let me reiterate our important developments. Next month, we expect FDA approval of relacorilant for the treatment of hypercortisolism."<br><br>**Q3 2025 Earnings Call (November 4, 2025)**<br>Corcept, Belanoff | **(i) Forward-looking statement protected by PSLRA safe harbor.** *See* § IV.A.3.<br><br>**(ii) Nonactionable statement of opinion.** *See* § IV.A.4. |
| 54 | ¶ 312 | Analyst Question: "Your characterization of GRADIENT seems to be as a supportive study, while GRACE is the pivotal. Is that view shared by the FDA?"<br><br>Belanoff: "Yes."<br><br>Analyst Question: "And when was the last interaction with the FDA? And have you already ha[d] a pre NDA meeting with the FDA? It seems like you're planning to submit the NDA within weeks. So just curious if you've already had that conversation with the FDA?"<br><br>Belanoff: "I can say that we've talked to the FDA plenty about this program, about all of our programs, and I foresee absolutely no impediments to getting our NDA in."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Corcept, Belanoff | **(i) Accurate statement regarding FDA review.** *See* § IV.A.6. |
| 55 | ¶ 313 | Analyst Question: "Your characterization of GRADIENT seems to be as a supportive study, while GRACE is the pivotal. Is that view shared by the FDA?"<br><br>Robb: "The answer is yes. And I think one thing I'm sure you understand, but maybe not all of our listeners do is that this isn't some – a dark art where we have to guess what's on the FDA's mind. I mean, there's published guidance, as well as any | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(b) (Sufficiency Statements). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | conversations the sponsor may have, or the FDA has made it clear that a single well-controlled study, which we have in the form of our GRACE and the data from GRACE, along with confirmatory evidence, is sufficient to demonstrate a drug safety and efficacy. But I just wanted to underscore, from the perspective of the person who has to go in with the team and present the arguments to the FDA, just what a good position we're in. I mean, we have studied, as Bill pointed out, relacorilant in more patients with Cushing's syndrome than any other company with approved treatments out there. So, we have a tremendous amount of data. And our findings have been remarkably consistent from Phase 2 to GRACE to our extension study, and now, to GRADIENT. Patients who receive relacorilant got better across the entire range of Cushing's syndrome signs and symptoms. It's really as simple as that. It's that easy an argument to present to the FDA."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Corcept, Robb | **(iii) Accurate statement regarding FDA review.** *See* § IV.A.6. |
| 56 | ¶ 314 | Analyst Question: "Has your communication with the FDA changed regarding the role of GRADIENT in the NDA?"<br><br>Guyer: "GRADIENT, from its inception, was always designed to be supportive of GRACE and GRACE was always going to be our pivotal study and that's our agreement with the FDA."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Corcept, Guyer | **(i) Accurate statement regarding FDA review.** *See* § IV.A.6. |
| 57 | ¶ 315 | Analyst Question: "First, can you talk to when we should hear about NDA acceptance and what are your thoughts on the potential for an AdCom here and is that something you're preparing for?"<br><br>Robb: "[W]e've been receiving that very ordinary course routine correspondence and responding to it over the past 60 days. So the process has been moving exactly as we understood it to move … And we are not expecting an AdCom. I mean, the past couple of medications for Cushing's syndrome were approved without them, Korlym was approved without one and there's nothing about relacorilant's efficacy or safety that we think would require one." | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(ii) Nonactionable statement of opinion.** *See* § IV.A.4.<br><br>**(iii) Accurate statement regarding FDA review.** *See* § IV.A.6. |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | **Q4 2024 Earnings Call (February 26, 2025)**<br>Corcept, Robb | |
| 58 | ¶ 316 | Canaccord analysts reported statements made by "the management of Corcept" during "two full days of meetings" Canaccord had hosted: "[n]o surprises have come out of communications with the FDA and no AdCom has been requested to date, and we believe one will not likely be required."<br><br>**Canaccord Analyst Report (March 25, 2025)**<br>Corcept "management" (per Canaccord) | **(i) Accurate statement regarding FDA review.** *See* § IV.A.6.<br><br>**(ii) Statement from analyst report not attributed to any Defendant.** *See* § IV.A.7 (Analyst Reports). |
| 59 | ¶ 317 | Truist analysts reported that they "caught up with [Corcept's] mgmnt" and that "[m]gmnt shared that they recently had a mid-cycle review on relacorilant NDA during which the FDA continued to communicate that an AdCom won't be needed."<br><br>**Truist Securities Analyst Report (June 26, 2025)**<br>Corcept "mgmnt" (per Truist) | **(i) Accurate statement regarding FDA review.** *See* § IV.A.6.<br><br>**(ii) Statement from analyst report not attributed to any Defendant.** *See* § IV.A.7 (Analyst Reports). |
| 60 | ¶ 318 | Analyst Question: "And then, just as a follow-up, on the upcoming PDUFA for relacorilant, have you had a late cycle review for relacorilant? And if so, can you share?"<br><br>Robb: "When the FDA agrees to review your New Drug Application, they give you a letter that sets out sort of the key milestones that are going to happen during the review process. And one of them is the mid-cycle review meeting with the – between the sponsor and the FDA. And the second is, as you know, or another one is this late-cycle review meeting. I can tell you that we've had both. I cannot tell you sort of what transpired or the nature of our back and forth with the FDA, because we just can't – just can't comment on that. But we held them both exactly on the schedule the FDA set out in its original letter to us. Things have moved per schedule, very ordinary course."<br><br>**Q3 2025 Earnings Call (November 4, 2025)**<br>Corcept, Robb | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(ii) Nonactionable statement of opinion.** *See* § IV.A.4.<br><br>**(iii) Accurate statement regarding FDA review.** *See* § IV.A.6. |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| 61 | ¶ 322 | "[R]elacorilant was well-tolerated, with a safety profile consistent with the GRACE study, including no cases of relacorilant induced hypokalemia, endometrial hypertrophy or related vaginal bleeding, adrenal insufficiency or QT prolongation." "Consistent with its known safety profile, relacorilant was well-tolerated in both phases of GRACE."<br><br>**Q3 2024 Earnings Press Release (October 30, 2024)**<br>Corcept (reviewed and approved by Belanoff and Guyer) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 62 | ¶ 323 | "Relacorilant was well-tolerated." "Relacorilant was well tolerated in GRADIENT, with side effects consistent with those seen in its Phase 2 and GRACE trials."<br><br>**Form 10-Q (Q3 2024) (October 30, 2024)**<br>Corcept (signed by Belanoff) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 63 | ¶ 324 | "Relacorilant was very well tolerated and do[es] not cause some of the serious adverse events that can be caused by other medications used to treat Cushing's syndrome, in particular, hypokalemia, endometrial hypertrophy, its related vaginal bleeding, QT prolongation, and adrenal insufficiency." "An important feature of relacorilant is how well it was tolerated in both GRACE and GRADIENT. In both studies, the most common adverse events were mild-to-moderate nausea, pain in the extremities and back, and fatigue."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Corcept, Belanoff | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 64 | ¶ 325 | "[W]hen you look at [relacorilant's] safety profile, it confirms what we saw in GRACE, as well as Phase 2, and it's consistent with a known safety profile of relacorilant, and no new safety signals were seen in the GRADIENT trial."<br><br>**Q3 2024 Earnings Call (October 30, 2024)**<br>Corcept, Guyer | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 65 | ¶ 326 | "Korlym is a great product, but relacorilant is going to be even better. It shows efficacy across multiple, and all signs and symptoms of Cushing's syndrome, as Bill just walked through and Joe walked through in his comments, and has significant safety benefit[s]." | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2. |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | **Q3 2024 Earnings Call (October 30, 2024)**<br>Corcept, Maduck | **(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 66 | ¶ 327 | "Relacorilant Safety Results … In both GRACE and GRADIENT trials, relacorilant was well-tolerated, consistent with its known safety profile."<br><br>**Q3 2024 Earnings Call Slide Deck (October 30, 2024)**<br>Corcept | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 67 | ¶ 328 | "Patients in these studies who received relacorilant experienced improvements in a wide array of hypercortisolism's signs and symptoms, with an acceptable safety burden."<br><br>**Press Release (NDA submission) (December 30, 2024)**<br>Corcept (reviewed and approved by Belanoff) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 68 | ¶ 329 | "Relacorilant's combination of efficacy and safety give it the potential to become the standard of care for the medical treatment of patients with hypercortisolism."<br><br>**Press Release (NDA submission) (December 30, 2024)**<br>Corcept (reviewed and approved by Belanoff) | **(i) Nonactionable statement of corporate optimism.** *See* § IV.A.2.<br><br>**(ii) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 69 | ¶ 330 | "GRACE … relacorilant was well-tolerated, consistent with its known safety profile, with no cases of endometrial hypertrophy or drug-induced vaginal bleeding, relacorilant-induced hypokalemia, adrenal insufficiency or QT prolongation." "GRADIENT … relacorilant was well-tolerated, consistent with its known safety profile, including no cases of endometrial hypertrophy or drug-induced vaginal bleeding, relacorilant-induced hypokalemia, adrenal insufficiency or QT prolongation."<br><br>**Q4 2024 Earnings Press Release (February 26, 2025)**<br>Corcept (reviewed and approved by Belanoff and Guyer) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| 70 | ¶ 331 | "Relacorilant was well-tolerated in all of the trials."<br><br>**Form 10-K (FY 2024) (February 26, 2025)**<br>Corcept (signed by Belanoff) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 71 | ¶ 332 | "Just as important as relacorilant's efficacy is its safety. Relacorilant has been well tolerated in all of its studies."<br><br>**Q4 2024 Earnings Call (February 26, 2025)**<br>Corcept, Belanoff | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 72 | ¶ 333 | "Relacorilant Safety Results … In all its studies, relacorilant has been well-tolerated, consistent with its known safety profile."<br><br>**Q4 2024 Earnings Call Slide Deck (February 26, 2025)**<br>Corcept | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 73 | ¶ 334 | "Relacorilant was well tolerated."<br><br>**Press Release (NDA acceptance) (March 3, 2025)**<br>Corcept (reviewed and approved by Belanoff) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 74 | ¶ 335 | "The positive results from our pivotal GRACE, GRADIENT, long-term extension and Phase 2 studies provide powerful support for the NDA for relacorilant in hypercortisolism. Patients in these studies experienced clinically significant improvements in a wide array of the signs and symptoms of hypercortisolism, without the off-target effects and toxicities that accompany currently available treatments."<br><br>**Q1 2025 Earnings Press Release (May 5, 2025)**<br>Corcept, Guyer | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 75 | ¶ 336 | "Relacorilant has been well-tolerated in all of its trials." "Consistent with its known safety profile, relacorilant was well-tolerated."<br><br>**Form 10-Q (Q1 2025) (May 5, 2025)**<br>Corcept (signed by Belanoff) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| 76 | ¶ 337 | "Relacorilant has been well tolerated in all of its studies."<br><br>**Q1 2025 Earnings Call (May 5, 2025)**<br>Corcept, Belanoff | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 77 | ¶ 338 | "In all its studies, relacorilant has been well-tolerated, consistent with its known safety profile."<br><br>**Q1 2025 Earnings Call Slide Deck (May 5, 2025)**<br>Corcept | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 78 | ¶ 339 | "In our studies, patients who received relacorilant exhibited clinically and statistically significant improvements in a wide array of hypercortisolism's signs and symptoms, without the off-target effects and toxicities that accompany currently available treatments."<br><br>**Q2 2025 Earnings Press Release (July 31, 2025)**<br>Corcept, Guyer | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 79 | ¶ 340 | "Relacorilant has been well-tolerated in all of its trials." "Consistent with its known safety profile, relacorilant was well-tolerated."<br><br>**Form 10-Q (Q2 2025) (July 31, 2025)**<br>Corcept (signed by Belanoff) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 80 | ¶ 341 | "Equally noteworthy are relacorilant's safety characteristics. Relacorilant has been well-tolerated in all of its studies."<br><br>**Q2 2025 Earnings Call (July 31, 2025)**<br>Corcept, Belanoff | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 81 | ¶ 342 | "In all its studies, relacorilant has been well-tolerated, consistent with its known safety profile."<br><br>**Q2 2025 Earnings Call Slide Deck (July 31, 2025)**<br>Corcept | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| 82 | ¶ 343 | "In its Phase 2 and Phase 3 studies, patients treated with relacorilant showed clinically meaningful and statistically significant improvements in a wide range of hypercortisolism's signs and symptoms, without off-target effects and toxicities associated with currently available treatments."<br><br>**Q3 2025 Earnings Press Release (November 4, 2025)**<br>Corcept, Guyer | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 83 | ¶ 344 | "Relacorilant has been well-tolerated in all of its clinical trials." "Consistent with its known safety profile, relacorilant was well-tolerated."<br><br>**Form 10-Q (Q3 2025) (November 4, 2025)**<br>Corcept (signed by Belanoff) | **(i) Nonactionable scientific judgment/opinion.** *See* § IV.A.4(c) (Safety Statements). |
| 84 | ¶ 349 | "Our current clinical trials may prove inadequate to support marketing approvals. Even trials that generate positive results may have to be confirmed in much larger, more expensive and lengthier trials before we could seek regulatory approval. Clinical trials may take longer to complete, cost more than expected and fail for many reasons, including: failure to show efficacy or acceptable safety." "At any time prior to the regulatory approval of a product candidate, we may decide, or the FDA or other regulatory authorities may require us, to conduct more pre-clinical or clinical studies, provide additional analysis of existing data or change the size or design of a trial already underway." "Our products and product candidates may cause undesirable side effects that halt their clinical development, prevent their regulatory approval, limit their commercial potential or cause us significant liability."<br><br>**Form 10-Q (Q3 2024) (October 30, 2024)**<br>Corcept (signed by Belanoff) | **(i) Risk factor disclosure for which warned-of risk had not materialized.** *See* § IV.A.5. |
| 85 | ¶ 350 | "Our current clinical trials may prove inadequate to support marketing approvals. Even trials that generate positive results may have to be confirmed in much larger, more expensive and lengthier trials before we could seek regulatory approval. Clinical trials may take longer to complete, cost more than expected and fail for many reasons, including: failure to show efficacy or acceptable safety." "At any time prior to the regulatory approval of a product candidate, we may decide, or the FDA or other regulatory authorities may require us, to conduct more pre-clinical or | **(i) Risk factor disclosure for which warned-of risk had not materialized.** *See* § IV.A.5. |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | clinical studies, provide additional analysis of existing data or change the size or design of a trial already underway." "Our products and product candidates may cause undesirable side effects that halt their clinical development, prevent their regulatory approval, limit their commercial potential or cause us significant liability."<br><br>**Form 10-K (FY 2024) (February 26, 2025)**<br>Corcept (signed by Belanoff) | |
| 86 | ¶ 351 | "Our current clinical trials may prove inadequate to support marketing approvals. Even trials that generate positive results may have to be confirmed in much larger, more expensive and lengthier trials before we could seek regulatory approval. Clinical trials may take longer to complete, cost more than expected and fail for many reasons, including: failure to show efficacy or acceptable safety." "At any time prior to the regulatory approval of a product candidate, we may decide, or the FDA or other regulatory authorities may require us, to conduct more pre-clinical or clinical studies, provide additional analysis of existing data or change the size or design of a trial already underway." "Our products and product candidates may cause undesirable side effects that halt their clinical development, prevent their regulatory approval, limit their commercial potential or cause us significant liability."<br><br>**Form 10-Q (Q1 2025) (May 5, 2025)**<br>Corcept (signed by Belanoff) | **(i) Risk factor disclosure for which warned-of risk had not materialized.** *See* § IV.A.5. |
| 87 | ¶ 352 | "Our current clinical trials may prove inadequate to support marketing approvals. Even trials that generate positive results may have to be confirmed in much larger, more expensive and lengthier trials before we could seek regulatory approval. Clinical trials may take longer to complete, cost more than expected and fail for many reasons, including: failure to show efficacy or acceptable safety." "At any time prior to the regulatory approval of a product candidate, we may decide, or the FDA or other regulatory authorities may require us, to conduct more pre-clinical or clinical studies, provide additional analysis of existing data or change the size or design of a trial already underway." "Our products and product candidates may cause undesirable side effects that halt their clinical development, prevent their regulatory approval, limit their commercial potential or cause us significant liability." | **(i) Risk factor disclosure for which warned-of risk had not materialized.** *See* § IV.A.5. |

| Stmt. | ¶ | Challenged Statement, Source, and Speaker(s) | Pleading Deficiencies |
|---|---|---|---|
| | | **Form 10-Q (Q2 2025) (July 31, 2025)**<br>Corcept (signed by Belanoff) | |
| 88 | ¶ 353 | "Our current clinical trials may prove inadequate to support marketing approvals. Even trials that generate positive results may have to be confirmed in much larger, more expensive and lengthier trials before we could seek regulatory approval. Clinical trials may take longer to complete, cost more than expected and fail for many reasons, including: failure to show efficacy or acceptable safety." "At any time prior to the regulatory approval of a product candidate, we may decide, or the FDA or other regulatory authorities may require us, to conduct more pre-clinical or clinical studies, provide additional analysis of existing data or change the size or design of a trial already underway." "Our products and product candidates may cause undesirable side effects that halt their clinical development, prevent their regulatory approval, limit their commercial potential or cause us significant liability."<br><br>**Form 10-Q (Q3 2025) (November 4, 2025)**<br>Corcept (signed by Belanoff) | **(i) Risk factor disclosure for which warned-of risk had not materialized.** *See* § IV.A.5. |