# Appendix 2

## Chart of Individual Defendants' Class Period Stock Sales as Percentages of Holdings

| Individual Defendant | Shares Sold During Class Period (1) | Shares Held After Last Class Period Transaction (2) | Vested Options (3) | Total Holdings (Sold + Held + Vested Options) | Percentage Sold (4) | Sources |
|---|---|---|---|---|---|---|
| Joseph K. Belanoff | 320,965 | 2,944,524 | 3,635,414 | 6,900,903 | 4.7% | ¶ 445; Ex. 7 (Form 4 filed 12/29/2025); Ex. 15 (2026 Proxy) at 21 |
| William Guyer | 214,500 | 1,235 | 558,331 | 774,066 | 27.7% | ¶ 445; Ex. 8 (Form 4 filed 12/3/2025); Ex. 15 at 21 |
| Sean Maduck | 340,000 | 117,896 | 1,631,983 | 2,089,879 | 16.3% | ¶ 445; Ex. 10 (Form 4 filed 12/3/2025); Ex. 15 at 21–22 |
| Gary Charles Robb | 21,399 | 101,768 | 1,594,164 | 1,717,331 | 1.2% | ¶ 445; Ex. 9 (Form 4 filed 12/29/2025); Ex. 15 at 22 |
| **Total** | **896,864** | **3,165,423** | **7,419,892** | **11,482,179** | **7.8%** | |

**Notes:**

(1) Class Period share sales are as alleged in AC ¶ 445 & Table 3.

(2) Shares held are the shares of common stock reported as beneficially owned following the reported transactions on each Individual Defendant's last Form 4 for a Class Period transaction: Belanoff, Ex. 7 (2,944,524 shares held by the Belanoff/Blenko Revocable Living Trust after the December 24, 2025 option exercise); Guyer, Ex. 8 (1,235 shares held directly after the December 2, 2025 sales); Maduck, Ex. 10 (8,179 direct; 59,717 Sean and Molly Maduck Living Trust; 40,000 SNM 2025 GRAT; 10,000 Duckhill Capital, LLC); Robb, Ex. 9 (78,626 direct, including unvested restricted stock, plus 11,571 and 11,571 held in custodial accounts). Figures include unvested restricted stock where the Form 4 reports such.

(3) Vested options are the options each Individual Defendant held that were exercisable as of December 31, 2025, the last day of the Class Period, as reported in the Outstanding Equity Awards at Fiscal Year-End table of Corcept's 2026 Definitive Proxy Statement, Ex. 15 at 21–22. Unvested options are excluded since they cannot be exercised. Options that Belanoff and Robb exercised on December 24, 2025 are reflected in shares held rather than vested options. Exs. 7, 9.

(4) Percentage sold equals shares sold during the Class Period divided by total holdings. Shares withheld by Corcept to pay option exercise prices and taxes (Form 4 code F) and gifts (code G) are not sales benefitting the Individual Defendants and are excluded.