RACHEL YEUNG (SBN 317361)
*ryeung@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

MARK A. KIRSCH (admitted *pro hac vice*)
*mkirsch@kslaw.com*
JEFFREY S. ROSENBERG (admitted *pro hac vice*)
*jrosenberg@kslaw.com*
THOMAS E. SPIEGLER (admitted *pro hac vice*)
*tspiegler@kslaw.com*
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Counsel for Defendants Corcept Therapeutics Incorporated, Joseph K. Belanoff, William Guyer, Gary Charles Robb, and Sean Maduck*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CORCEPT THERAPEUTICS INCORPORATED SECURITIES LITIGATION | Case No. 3:26-cv-01525-TLT<br><br>**DECLARATION OF RACHEL YEUNG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: February 23, 2027<br>Time: 2:00 p.m.<br>Judge: The Honorable Trina L. Thompson<br>Ctrm: Courtroom 09, 19th Floor |

I, Rachel Yeung, hereby declare as follows:

1. I am an attorney admitted to practice law in the state of California and before this Court, and an attorney with King & Spalding LLP, counsel of record for Defendants Corcept Therapeutics Incorporated ("Corcept"), Joseph K. Belanoff, William Guyer, Gary Charles Robb, and Sean Maduck (collectively with Corcept, "Defendants") in the above-captioned action.

2. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint. I make this declaration based on my personal knowledge and review of the record, and I could and would testify competently thereto if necessary.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Corcept's Annual Report on Form 10-K for the fiscal year ended December 31, 2024, which was filed with the U.S. Securities and Exchange Commission ("SEC") on February 26, 2025.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Corcept's Quarterly Report on Form 10-Q for the quarter ended September 30, 2024, which was filed with the SEC on October 30, 2024.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Corcept's Quarterly Report on Form 10-Q for the quarter ended March 31, 2025, which was filed with the SEC on May 5, 2025.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Corcept's Quarterly Report on Form 10-Q for the quarter ended June 30, 2025, which was filed with the SEC on July 31, 2025.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Corcept's Quarterly Report on Form 10-Q for the quarter ended September 30, 2025, which was filed with the SEC on November 4, 2025.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a press release entitled, "Corcept Receives Complete Response Letter for Relacorilant as a Treatment for Patients with Hypercortisolism," which was filed on Form 8-K with the SEC on December 31, 2025.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a Form 4 for Joseph K. Belanoff, which was filed with the SEC on December 29, 2025.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a Form 4 for William Guyer, which was filed with the SEC on December 3, 2025.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a Form 4 for Gary Charles Robb, which was filed with the SEC on December 29, 2025.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a Form 4 for Sean Maduck, which was filed with the SEC on December 3, 2025.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a Form 4 for Gary Charles Robb, which was filed with the SEC on November 26, 2024.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a Form 4 for Gary Charles Robb, which was filed with the SEC on May 22, 2025.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a Form 4 for Gary Charles Robb, which was filed with the SEC on June 18, 2025.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a Form 4 for Gary Charles Robb, which was filed with the SEC on August 26, 2025.

17. Attached hereto as **Exhibit 15** is a true and correct copy of Corcept's Definitive Proxy Statement on Schedule 14A, which was filed with the SEC on April 17, 2026.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a press release entitled, "Corcept Announces Primary Endpoint Met in Pivotal Phase 3 GRACE Trial of Relacorilant in Patients With Hypercortisolism (Cushing's Syndrome)," dated May 28, 2024, which is publicly available at https://ir.corcept.com/news-releases/news-release-details/corcept-announces-primary-endpoint-met-pivotal-phase-3-grace/.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a press release entitled, "Corcept Therapeutics Announces Third Quarter Financial Results, Positive Results from Phase 3 GRADIENT Trial in Patients with Cushing's Syndrome and Provides Corporate Update," which was filed on Form 8-K with the SEC on October 30, 2024.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a press release entitled, "Corcept Submits New Drug Application for Relacorilant as a Treatment for Patients with Hypercortisolism," which was filed on Form 8-K with the SEC on December 30, 2024.

21. Attached hereto as **Exhibit 19** is a true and correct copy of a press release entitled, "FDA Files Corcept's New Drug Application for Relacorilant as Treatment for Patients with Hypercortisolism," which was filed on Form 8-K with the SEC on March 3, 2025.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a press release entitled, "Corcept Therapeutics Announces First Quarter Financial Results and Provides Corporate Update," which was filed on Form 8-K with the SEC on May 5, 2025.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a press release entitled, "Corcept Resubmits New Drug Application for Relacorilant as a Treatment for Patients with Cushing's Syndrome," which was filed on Form 8-K with the SEC on June 17, 2026.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a transcript, published by S&P Global Market Intelligence, of Corcept's earnings conference call for the third quarter of 2024, held on October 30, 2024.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a transcript, published by S&P Global Market Intelligence, of Corcept's earnings conference call for the first quarter of 2025, held on May 5, 2025.

26. Attached hereto as **Exhibit 24** is a true and correct copy of a transcript, published by S&P Global Market Intelligence, of Corcept's earnings conference call for the second quarter of 2025, held on July 31, 2025.

27. Attached hereto as **Exhibit 25** is a true and correct copy of a transcript, published by S&P Global Market Intelligence, of Corcept's earnings conference call for the third quarter of 2025, held on November 4, 2025.

28. Attached hereto as **Exhibit 26** is a true and correct copy of Corcept's investor presentation dated October 2024, which Corcept presented during its October 30, 2024 earnings conference call.

29. Attached hereto as **Exhibit 27** is a true and correct copy of the Corrected Complete Response Letter issued by the U.S. Food and Drug Administration ("FDA") to Corcept regarding New Drug Application No. 219398, dated January 28, 2026, which is publicly available at https://download.open.fda.gov/crl/CRL_NDA219398_20260128.pdf.

30. Attached hereto as **Exhibit 28** is a true and correct copy of the FDA guidance document titled *Enrichment Strategies for Clinical Trials to Support Determination of Effectiveness of Human Drugs and Biological Products: Guidance for Industry* (March 2019), which is publicly available at https://www.fda.gov/media/121320/download.

31. Attached hereto as **Exhibit 29** is a true and correct copy of an FDA press release titled "FDA Embraces Radical Transparency by Publishing Complete Response Letters," dated July 10, 2025, which is publicly available at https://www.fda.gov/news-events/press-announcements/fda-embraces-radical-transparency-publishing-complete-response-letters.

32. Attached hereto as **Exhibit 30** is a true and correct copy of an FDA press release titled "FDA Announces Real-Time Release of Complete Response Letters, Posts Previously Unpublished Batch of 89," dated September 4, 2025, which is publicly available at https://www.fda.gov/news-events/press-announcements/fda-announces-real-time-release-complete-response-letters-posts-previously-unpublished-batch-89.

33. Attached hereto as **Exhibit 31** is a true and correct copy of the citizen petition dated April 20, 2026, submitted to FDA by Covington & Burling LLP on behalf of an unnamed pharmaceutical company, Docket No. FDA-2026-P-4369, which is publicly available at www.regulations.gov.

34. Attached hereto as **Exhibit 32** is a true and correct copy of the ClinicalTrials.gov record for the GRACE trial, NCT03697109, which is publicly available at https://clinicaltrials.gov/.

35. Attached hereto as **Exhibit 33** is a true and correct copy of the complaint filed in *Toor v. Replimune Group, Inc.*, No. 1:26-cv-13612 (D. Mass.), filed August 6, 2026, ECF No. 1.

36. Attached hereto as **Exhibit 34** is a true and correct copy of the FDA approval letter for Lifyorli (relacorilant), dated March 25, 2026, which is publicly available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2026/220641Orig1s000Approv.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of October 2026, in Los Angeles, California.

By: */s/ Rachel Yeung*
Rachel Yeung