**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CORCEPT THERAPEUTICS INCORPORATED SECURITIES LITIGATION | Case No. 3:26-cv-01525-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: February 23, 2027<br>Time: 2:00 p.m.<br>Judge: The Honorable Trina L. Thompson<br>Ctrm: Courtroom 09, 19th Floor |

**[PROPOSED] ORDER**

This matter is before the Court on the Motion to Dismiss Amended Complaint filed by Defendants Corcept Therapeutics Incorporated, Joseph K. Belanoff, William Guyer, Gary Charles Robb, and Sean Maduck (the "Motion to Dismiss"). After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that the Motion to Dismiss should be granted. Accordingly, IT IS HEREBY ORDERED THAT the Motion to Dismiss is **GRANTED**, and the Amended Complaint (ECF No. 73) is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: ___________________

_________________________________

HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE